**CARLTON FIELDS**

ATTORNEYS AT LAW

Chrysler Building
405 Lexington Avenue | 36th Floor
New York, New York 10174-0002
212.785.2577 | fax 212.785.5203
www.carltonfields.com

September 19, 2023

Alex M. Bein
Associate
212.380.1906 Direct Dial
abein@carltonfields.com

> The September 20, 2023, deadline to file initial pretrial conference materials and the initial pretrial conference scheduled for September 27, 2023, are adjourned *sine die* pending consideration of Plaintiff's forthcoming motion for default judgment. Plaintiff shall file its default judgment papers by **October 6, 2023**. So Ordered.
>
> Dated: September 20, 2023
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**Via ECF**
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re**: **1:23-cv-07268-LGS Investopedia, LLC v. OTA Franchise Corporation d/b/a Online Trading Academy**

Judge Schofield:

    I write on behalf of Plaintiff Investopedia, LLC in regards to the Court's August 18, 2023 Scheduling Order (ECF No. 7) in the above-captioned matter. In the Scheduling Order, the Court required the parties to file a joint letter by September 20, 2023 at noon setting forth certain preliminary information about this case. The Court further scheduled a telephonic conference for September 27, 2023 at 4:00pm. However, Defendant OTA Franchise Corporation has since failed to timely appear and respond to the Complaint, and the Clerk noted OTA's default in the Clerk's September 14, 2023 Certificate of Default (ECF No.12). Investopedia is working diligently to complete the Default Judgment Procedure set forth in the Court's Individual Rules, and we expect to file a proposed Order to Show Cause seeking a default judgment in short order.

    In light of the above, we respectfully request that Investopedia's September 20, 2023 deadline to file the above-referenced letter, as well as the conference currently scheduled for September 27, 2023, be adjourned without date pending consideration of Investopedia's forthcoming motion for default judgment.

    This is Investopedia's first request for such relief.

Very truly yours,

*Alex Bein*

Alex M. Bein